```
                              FILED
                      CLERK, U.S. DISTRICT COURT

                           MAR 29 2010

                      CENTRAL DISTRICT OF CALIFORNIA
                      BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HARRIS,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>    Defendant. | Case No. CV 98-892-GAF (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has conducted a *de novo* review of the pleadings and all other papers in this case, including the Magistrate Judge's Report and Recommendation ("R&R") and Plaintiff's Objections thereto. IT IS ORDERED THAT:

    1.    Plaintiff's Objections are overruled because the Court finds they fail to show the findings and conclusions set forth in the R&R are erroneous or not based upon substantial evidence in the record.

    2.    The R&R is approved and adopted.

    3.    The Clerk is directed to enter judgment dismissing the action with prejudice.

    4.    Any and all outstanding motions are denied as moot.

IT IS FURTHER ORDERED that the Clerk shall serve the parties with copies of this Order and the Judgment.

DATED: March 29, 2010

                                          /s/ Gary Feess<br>
                                        GARY A. FEESS<br>
                                UNITED STATES DISTRICT JUDGE