ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN HARRIS, | Case No. CV 98-892-GAF (AN) |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: March 29, 2010

_____
GARY A. FEESS
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 3 0 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY